**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**William BOLDEN, Petitioner**

No. 165 EAL 2017

Supreme Court of Pennsylvania.

September 21, 2017

## ORDER

PER CURIAM

**AND NOW,** this 21st day of September, 2017, the Petition for Allowance of Appeal and "Motion in Request to Append this Petitioner's Illegal Sentence Issue" are **DENIED.**